THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 David Jerome
 Glanville,        Appellant.
 
 
 

Appeal From Dorchester County
Thomas L. Hughston, Jr., Circuit Court Judge

Unpublished Opinion No.
2005-UP-524
Submitted August 1, 2005  Filed September 15, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia,
  for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, all of Columbia, and Robert Douglas Robbins, of
 Charleston, for Respondent.
 
 
 

PER CURIAM:  David
Jerome Glanville appeals his convictions for assault with intent to commit
criminal sexual conduct with a minor, first degree and criminal sexual conduct
with a minor, second degree.  He maintains the trial court lacked subject
matter jurisdiction because his indictment for criminal sexual conduct with a
minor was insufficient.  After a thorough review of the record and counsels
brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Glanvilles appeal and grant counsels motion
to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and STILWELL and
KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.